1024

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK DEGROFF, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00960-7, Richard A. Strophy, J., entered August 25, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

*In the Matter of the Marriage of* KEVIN BOTTS, *Appellant*, and HOLLY BOTTS, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 01-3-00020-8, Wallis W. Friel, J. Pro Tem., entered March 8, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03283-3, Salvatore F. Cozza, J., entered June 1, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.